

FILED

02/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0263

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0263

_____

IN THE MATTER OF APPOINTING MEMBERS TO
THE COMMISSION ON COURTS OF LIMITED          O R D E R
JURISDICTION

_____



FILED

FEB 2 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Honorable Perry Miller has retired his position as the small community city judge member on the Commission on Courts of Limited Jurisdiction.

The Court thanks Judge Miller for his dedicated service to the Commission, the Court, and the people of Montana.

The Commission has recommended that Honorable Maureen O'Connor, Stevensville City Court Judge, be appointed. With the consent of the appointee,

IT IS ORDERED that Honorable Maureen O'Connor, Stevensville City Court Judge, is appointed as the small community city judge member of the Commission on Courts of Limited Jurisdiction commencing the date of this Order and ending June 30, 2028.

The Clerk is directed to provide a copy of this Order to Honorable Perry Miller, Honorable Maureen O'Connor, each member of the Commission on Courts of Limited Jurisdiction, and the State Bar of Montana.

DATED this 20 day of February, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
                Justices